SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

CHINHAYI COLEMAN
Assistant United States Attorney

1301 Clay Street; Suite 340-S
Telephone: (510) 637-3924
FAX: (510) 637-3724

Attorneys for Plaintiff

FILED

MAR 5 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4-07-70099 WDB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING OR ARRAIGNMENT DATE AND WAIVING TIME AND REQUESTING MATTER BE ADDED TO CALENDAR ON MARCH 9th, 2007 |
| v. | |
| MOISES GUTIERREZ-HERNANDEZ (aka Alejandro Bardales-Mendoza), | |
| Defendant. | |
| | OAKLAND VENUE |

The parties request and stipulate that the date for the preliminary hearing or arraignment of defendant, Moises Gutierrez-Hernandez, be continued from Friday, March 2, at 10:00 a.m., to Friday, March 9, at 10:00 a.m. The parties also request and stipulate that, pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be tolled and waived from March 2, 2007, to and including March 9, 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to toll and to waive for this period of time any time limits applicable under Title 18, United States Code, Section 3161. In light of the fact that the Immigration Enforcement Agency has placed a detainer on him that would prevent his release at

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-07-70099 WDB

*cc: WDB's Stats, Copy to parties via ECF*
*2 certified copies to Marshal*

1 | this time, Mr. Gutierrez-Hernandez also waives the timing of his detention hearing under 18
2 | U.S.C. §3142(f), with the understanding that he is not waiving his right to a bail hearing and
3 | could have such a hearing in the future, should he so elect.
4 |     Finally, the parties jointly request that this matter be added to the Court's calendar on Friday,
5 | March 9th, 2007, at 10:00 a.m. for status.
6 |     In support of this request, the parties represent that they have discussed resolving this
7 | matter, and that the parties anticipate doing so before the next court appearance, likely by means
8 | of a "Fast Track" disposition.

**IT IS SO STIPULATED.**

DATED:  February 28, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

By  /s/
CHINHAYI COLEMAN
Assistant U.S. Attorney

DATED:  February 28, 2007

/s/
HILARY FOX
Attorney for Defendant Moises
Gutierrez-Hernandez

**IT IS SO ORDERED.**

DATED:  March 5, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

STIP. AND PROP. ORDER RE: PRELIM/ARRAIGNMENT;
4-07-70099 WDB